**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MUHAREM KURBEGOVICH, | ) | No. CV 14-5433-DDP(CW) |
| | ) | |
|         Petitioner, | ) | JUDGMENT |
| | ) | |
|         v. | ) | |
| | ) | |
| UNKNOWN POLICIANS [sic], | ) | |
| | ) | |
|         Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: July 28, 2014

_____
DEAN D. PREGERSON
United States District Judge